762 A.2d 1040

IN THE MATTER OF BEN W. PAYTON, AN ATTORNEY AT LAW.

December 14, 2000.

## ORDER

The Court on November 14, 2000, having ordered that **BEN W. PAYTON** of **COLONIA,** who was admitted to the bar of this State in 1992, be temporarily suspended from the practice of law, pursuant to *Rule* 1:20–17(e)(1), effective December 14, 2000, unless respondent satisfied the award of the District Fee Arbitration Committee in Docket No. XII–98–071F and paid a sanction of $500 to the Disciplinary Oversight Committee, or arranged a satisfactory payment plan prior to that date;

And the Disciplinary Review Board having reported to the Court that respondent has paid in full the sanction and has satisfied the award of the District Fee Arbitration Committee;

And good cause appearing;

It is ORDERED that the Order of November 14, 2000, is hereby vacated.